UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LYNN HUFFMAN, | No. C 07-476 SI (pr) |
|     Petitioner, | **ORDER** |
|    v. | |
| M.S. EVANS, warden, | |
|     Respondent.                 / | |

    Respondent has filed an <u>ex parte</u> application for an extension of time to respond to the petition for writ of habeas corpus.  Having considered the application and the accompanying declaration of attorney Mark Howell, the court GRANTS respondent's application.  (Docket # 8.)  Respondent's motion to dismiss filed on July 10, 2007 is deemed timely filed.  Petitioner must file and serve his opposition to that motion no later than **August 31, 2007**.  Respondent must file and serve his reply, if any, no later than **September 21, 2007**.

    IT IS SO ORDERED.

DATED:  July 13, 2007

                                                               _____
                                                                      SUSAN ILLSTON
                                                            United States District Judge